*Benjamin H. Siff* and *Sidney R. Siben* for appellant.

*John P. McGrath, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Order of the Appellate Division, insofar as it reverses the order of the Special Term permitting service of a new notice of claim, affirmed. Appeal from the order of the Appellate Division, insofar as it reverses the order of the Special Term permitting discontinuance of the action, dismissed on the ground that that part of the order does not finally determine the action within the meaning of the Constitution. No costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. DYE. FULD and FROESSEL, JJ.

HAROLD E. GRIFFIN, Respondent, *v.* LAMPORT REALTY COMPANY, INC., Appellant, et al., Defendants.

Argued March 7, 1951; decided April 12, 1951.

*Andrew F. Van Thun, Jr., David H. Gilmartin* and *Herbert Roeder* for appellant.

*Guy O. Walser* and *Andrew J. Boylan* for respondent.

*Harold Ashare* for Town of Brookhaven, *amicus curiæ,* in support of respondent's position.

*Fred J. Munder, County Attorney (Martin Mellstrom* of counsel), for County of Suffolk, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 841.]

FARA INVESTORS, INC., Appellant, *v.* MORRIS LOURIE et al., Respondents.

Argued March 5, 1951; decided April 12, 1951.